# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2010

Marilyn Kelly,
Chief Justice

139361 & (25)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 139361
                                                     COA: 290847
                                                     Oakland CC: 2004-196387-FC
ADAM MEYERS,
        Defendant-Appellant.

_____/

        On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the June 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010                          _____
d0222                                                        Clerk